**DENY and Opinion Filed December 11, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00810-CV

## IN RE FLEET PRIDE, INC., ET AL., Relators

**Original Proceeding from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-19366**

## MEMORANDUM OPINION

Before Justices Osborne, Reichek, and Browning
Opinion by Justice Osborne

Relators' September 4, 2020 petition for writ of mandamus asks us to compel the trial court to vacate its order denying their motion to join a decedent's estate as a necessary party in the underlying personal injury lawsuit. Entitlement to mandamus relief requires relators to show that the trial court has clearly abused its discretion and that relators have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the petition, real parties in interest's response, relators' reply, and the record before us, we conclude that relators have failed to show their entitlement to the relief requested.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200810F.P05